RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _____11, 9, 11_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ARCHESSIS MERCEDES LASHAYE JONES | CIVIL ACTION NO.  11-0683 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## Judgment

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the instant complaint is hereby DISMISSED.

THUS DONE AND SIGNED in chambers, this _9_ day of November, 2011, Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE